# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERRING B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cv-00481-RCJ-VPC |
| vs. | ) | |
| | ) | |
| WATSON LABORATORIES, INC. - (FL) et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| FERRING B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:12-cv-01935-MMD-GWF |
| vs. | ) | |
| | ) | |
| WATSON PHARMACEUTICALS, INC. et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| FERRING B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:12-cv-01941-GMN-GWF |
| vs. | ) | |
| | ) | |
| APOTEX, INC. et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

These cases arise out of Defendants' application with the Food and Drug Administration ("FDA") to manufacture and sell generic versions of a patented drug. The Court has consolidated Case Nos. 3:11-cv-00481, 3:11-cv-00485, 3:11-cv-00853, and 3:11-cv-00854, with Case No. 3:11-cv-00481 as the lead case. In two related cases filed in this District, Case Nos. 2:12-cv-01935 and 2:12-cv-01941, Plaintiff has requested transfer to the unofficial northern division of this District. Having received the concurrences of the judges presiding in those cases, the Court consolidates the cases with Case No. 3:11-cv-00481 directly, which will bring the cases into the unofficial northern division.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions to Transfer (ECF No. 4 in Case No. 2:12-cv-01935 and ECF No. 5 in Case No. 2:12-cv-01941) are GRANTED in part. Case Nos. 2:12-cv-01935 and 2:12-cv-01941 are consolidated with No. 3:11-cv-00481 as member cases. Case No. 3:11-cv-00481 shall remain the lead case.

IT IS FURTHER ORDERED that the Clerk shall enter a copy of this Order into the dockets of all three cases.

IT IS FURTHER ORDERED that all further filings shall be made into the docket of Case No. 3:11-cv-00481 only.

IT IS FURTHER ORDERED that Plaintiff shall amend the Complaint in the lead case to incorporate any new claims presented in the new member cases.

IT IS SO ORDERED.

Dated this 7th day of February, 2013.

_____
ROBERT C. JONES
United States District Judge