# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V., | Case No.: 3:11-CV-00853-RCJ-VPC |
| Plaintiff, | Case No.: 2:12-CV-01935-RCJ-VPC |
| vs. | |
| WATSON LABORATORIES, INC. --- FLORIDA, | **MINUTE ORDER** |
| Defendant. | |

**MINUTE ORDER IN CHAMBERS**

The parties have requested that the Court cancel the June 15, 2015 status conference in these consolidated cases and instruct the Clerk to close the cases.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Motion (ECF #21) in Case No. 2:12-CV-1935 and Motion (ECF #29) in 3:11-CV-853 are DENIED as moot."

IT IS SO ORDERED this 11th day of June, 2015..

_____
ROBERT C. JONES
District Judge